IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY ROYAL,<br>       PLAINTIFF,<br><br>V.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION; DR. MIGUEL CARDONA,<br>IN HIS OFFICIAL CAPACITY AS THE<br>SECRETARY OF EDUCATION;<br>SUZANNE GOLDBERG, IN HER<br>OFFICIAL CAPACITY AS<br>ACTING ASSISTANT SECRETARY<br>FOR THE OFFICE OF CIVIL<br>RIGHTS, UNITED STATES<br>DEPARTMENT OF EDUCATION;<br>AND JOHN DOE, UNKNOWN<br>STUDENT LOAN COLLECTION<br>COMPANY,<br>       DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. A-21-CV-650-LY |

**FILED**

MAR 23 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

## **FINAL JUDGMENT**

Before the court is the above styled and numbered action. By separate order, the court dismissed all claims alleged by Plaintiff *pro se* Gregory Royal in this action without prejudice. As no disputes remain among the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that **FINAL JUDGMENT** is rendered in favor of Defendants the United States Department of Education, Dr. Miguel Cardona, Suzanne Goldberg, and John Doe, Unknown Student Loan Collection Company.

**IT IS FURTHER ORDERED** that Plaintiff *pro se* Gregory Royal shall bear all costs of court.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this _23rd_ day of March, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE